# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC D. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-596-MJR |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On February 19, 2009, Plaintiff moved this Court for voluntary dismissal of this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 8). Because this matter is still in threshold review, the defendant has not filed an answer or a motion for summary judgment. Consequently, voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied as moot. The Clerk is **DIRECTED TO CLOSE THIS CASE**.

**IT IS SO ORDERED**.

**DATED this 2nd day of March, 2009.**

                                                          **s/ Michael J. Reagan**
                                                          **MICHAEL J. REAGAN**
                                                          **United States District Judge**